IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 11, 2005

    IT IS HEREBY

    **ORDERED** that defendants' Unopposed Motion to Allow Filing of Third-Party Complaint [filed April 1, 2005] is **granted**.  The tendered third party complaint shall be **date stamped and filed** this date, July 11, 2005.  IT IS FURTHER

    **ORDERED** that defendants have until **July 25, 2005** to serve the third party defendants. IT IS FURTHER

    **ORDERED** that  Platt Hubbell and Kelley Hubbell's Unopposed Motion for Extension of Time of Deadlines in Scheduling Order [filed July 1, 2005], is, for good cause shown, **granted**.  All of the deadlines in the March 4, 2005 Scheduling Order are extended ninety (90) days for all parties. **THERE WILL BE NO FURTHER EXTENSIONS .** It is further

    **ORDERED** that the August 11, 2005 **preliminary pretrial conference** is **vacated and reset** to **November 14, 2005 at 1:15 p.m.** in Courtroom A-501 and that the August 11, 2005 **settlement conference** is **vacated and reset** to **November 14, 2005 at 1:30 p.m.**