IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendants/Third Party Plaintiffs

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado Corporation, et al,

    Third Party Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
October 4, 2005

    Because the bank records concern Carney Brothers Construction, which is now a third party defendant in this matter, IT IS HEREBY

    **ORDERED** that defendants Hubbells' Motion to Compel Production of Bank Records [filed September 9, 2005] is **denied** without prejudice.  It is further

    **ORDERED** that Alpine Bank's request for attorney fees as set forth in its September 20, 2005 response to the Hubbells' motion is **denied**.  It is further

    **ORDERED** that the **motions hearing** and meet and confer session set for October 18, 2005 are **vacated**.