IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation
    Plaintiff,
v.

PLATT T. HUBBELL, KELLEY S. HUBBELL, and GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado
    Defendants/Third-Party Plaintiffs,
v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation, IAN CARNEY, RICHARD CARNEY, TEAMCORP, INC d/b/a DRAFT TEK, a Colorado corporation, THANE R. LINCICOME, T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation

    Third-Party Defendants.

---

ORDER RE:JOINT MOTION TO AMEND SCHEDULING ORDER AND TO
VACATE THE NOVEMBER 14, 2005 PRETRIAL CONFERENCE

---

Order Entered by Magistrate Judge Patricia A. Coan

    Upon review of the September 27, 2005 Joint Motion to Amend Scheduling Order and to Vacate the November 14, 2005 Pretrial Conference, and finding good cause, it is hereby

    **ORDERED** that the September 27, 2005 Joint Motion to Amend Scheduling Order and to Vacate the November 14, 2005 Pretrial Conference is **granted**. It is further

    **ORDERED** that the <u>attached</u> Amended Scheduling Order, with the Court's interlineations, is made an order of the court this date. **There will be no further extensions of the deadlines in the Amended Scheduling Order**. It is further

    **ORDERED** that the November 14, 2005 preliminary Pretrial Conference is vacated and reset to **March 6, 2006 at 1:00 p.m.** in Courtroom A-501. The preliminary pretrial order in Judge Nottingham's format is due five days before the preliminary pretrial conference. It is further

    **ORDERED** that the settlement conference set for November 14, 2005 at 1:30 p.m. is vacated and reset to **March 6, 2006 at 1:30 p.m.** Parties, counsel and client representatives with full settlement authority must be present. Updated confidential statements are due November 11, 2005. **Valid, current, photo identification is needed for courthouse access.**