# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO. 05-CV-00026-EWN-PAC**

ALPINE BANK, a Colorado banking corporation

    Plaintiff,

v.

PLATT T. HUBBELL, KELLEY S. HUBBELL, and GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado

    Defendants/Third-Party Plaintiffs,

    v.

CARNEY BROTHERS CONSTRUCTION, a Colorado Corporation, IAN CARNEY, RICHARD CARNEY, TEAMCORP, INC d/b/a DRAFT TEK, a Colorado corporation, THANE R. LINCICOME, T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation

    Third-Party Defendants.

---

## ORDER GRANTING CARNEY BROTHERS CONSTRUCTION, INC., IAN CARNEY AND RICHARD CARNEY'S MOTION TO WITHDRAW MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS

---

    This matter coming to be heard on CARNEY BROTHERS CONSTRUCTION, INC. (CBC, INC.), IAN CARNEY AND RICHARD CARNEY'S *Oct 4, 05* MOTION TO WITHDRAW MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS, there being no opposition to said motion, the Court being fully advised in the premises,   it is hereby Ordered that the Motion is GRANTED.  CBC, INC., IAN CARNEY AND RICHARD CARNEY's *doc.# 44* MOTION is WITHDRAWN. *and is therefore denied as moot.  See Court's Electronic Filing Procedures, § V.L. for the correct submission of proposed orders.*

    Dated this *5th* day of October, 2005

                        *S/ PATRICIA A COAN*
                        *PATRICIA A COAN*
           United States District Court Magistrate Judge