IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendant(s).

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Amend/Supplement the Scheduling Order dated January 6, 2006 (doc. 67) is Granted in Part and Denied in Part. The attached Supplement to Amended Scheduling Order, with a discovery deadline of April 15, 2006, is made an Order of the Court on this date.

Dated: January 9, 2006

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-26-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff,

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendants/Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME, and
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation

    Third-Party Defendants.

---

## SUPPLEMENT TO AMENDED SCHEDULING ORDER

---

    Pursuant to the Amended Scheduling Order of October 4, 2005, the Parties respectfully submit the following Supplement to Amended Scheduling Order.

### 7. CASE PLAN AND SCHEDULE

    e.    Deposition Schedule:

1

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Depositions |
|---|---|---|---|
| Platt T. Hubbell | Pending | | 7 hours |
| Kelley S. Hubbell | Pending | | 7 hours |
| Nancy Kostro | Pending | | 4 hours |
| Elizabeth Cox | February 3, 2006 | 9:00 a.m. | 4 hours |
| Richard Fuller | March 6, 2006 | 9:00 a.m. | 4 hours |
| Joe Scofield | February 3, 2006 | 2:00 p.m. | 4 hours |
| Ian Carney | Pending | | 7 hours |
| Richard Carney | February 1, 2006 | 9:00 a.m. | 7 hours |
| Thane R. Lincicome | January 26, 2006 | 9:00 a.m. | 2 hours |
| Tom Hanna of TJ Concrete | January 6, 2006 | 9:30 a.m. | 2 hours |
| Bob Schradder of TJ Concrete | January 6, 2006 | 12:00 p.m. | 2 hours |
| Representative of Draft-Tek: Kerry Karnan | January 6, 2006 | 2:00 p.m. | 2 hours |
| The Records of Custodian of Klebold Consulting Group, Inc. | January 18, 2006 | 9:00 a.m. | 30 minutes |

2

*All non-expert and expert depositions shall be completed by ~~June 30~~, April 15, 06, 2006.

DATED this 9th day of January, 2006.

BY THE COURT:

S/ PATRICIA A COAN
US District Court ~~Judge~~ Magistrate Judge
PATRICIA A COAN

Respectfully submitted this 6th day of January, 2006.

APPROVED:

FOWLER SCHIMBERG & FLANAGAN, P.C
Attorneys for Defendants and Third-Party Plaintiffs

Daniel Fowler, Esq.
1640 Grant Street, #300
Denver, CO 80203
(303) 298-8603
d_fowler@fsf-law.com

WHITE & STEELE, P.C.
Attorneys for Plaintiffs

John M. Palmeri, Esq.
950 17th Street, 21st Floor
Denver, CO 80202
(303) 296-2828
jpalmeri@wsteele.com

LAMBDIN & CHANEY, LLP
Attorneys for Teamcorp d/b/a Draft-Tek

Kathleen Chaney, Esq.
Mark Honhart, Esq.
4949 S. Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
kchaney@lclaw.net

VARNELL & ASSOCIATES
Attorneys for TJ Concrete Construction

Thor Inouye, Esq.
Varnell & Associates
1801 Broadway, Suite 1500
Denver, CO 80202
(303) 298-1407
thor.inouye@farmersinsurance.com

McCONNELL SIDERIUS FLEISCHNER,
HOUGHTALING & CRAIGMILE, LLC
Attorneys for Plaintiffs

Walter N. Houghtaling, Esq.
Robert W. Steinmetz, Esq.
4700 South Syracuse Street, Suite 200
Denver, CO 80237
(303) 480-0400
whoughtaling@msfhc.com

3

KRABACHER & SANDERS, P.C.
Attorneys for Carney Brothers, Ian Carney
and Richard Carney

*(signature)*

B. Joseph Krabacher, Esq.
Robert S. Hoover, Esq.
201 N. Mill Street
Aspen, CO 81611
(970) 925-6300
jkrabacher@krabacher.com

LEAVENWORTH & KARP, P.C.
Attorneys for Third-Party Defendant
Thane R. Lincicome

*(signature)*

David McConaughy, Esq.
201 14th Street, Suite 200
Glenwood Springs, CO 81601
(970) 945-2261
dhm@lklawfirm.com