IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Third Party Defendants Carney Brothers Construction, Inc., Ian Carney, and Richard Carney's Amended Unopposed Motion to Continue Settlement and Pretrial Conference and to Extend the Discovery Cut-Off Currently Set for April 15, 2006 dated February 17, 2006 (doc. 77) is granted.  The preliminary pretrial conference scheduled for March 6, 2006 at 1:00 p.m. and the settlement conference scheduled for March 6, 2006 at 1:30 p.m. will continue as scheduled.

    The discovery deadline is extended to **June 15, 2006**.  ***There will be no further extensions of the discovery deadline.***

    IT IS FURTHER **ORDERED** that Third Party Defendants Carney Brothers Construction, Inc., Ian Carney, and Richard Carney's Unopposed Motion to Continue Settlement and Pretrial Conference and to Extend the Discovery Cut-Off Currently Set for April 15, 2006 dated February 17, 2006 (doc. 72) is denied as moot.

    IT IS FURTHER **ORDERED** that Defendant/Third-Party Plaintiffs' Unopposed Motion for a Three (3) Week Extension of Time to Respond to Alpine Bank's First Set of Written Discovery Requests to the Hubbell Defendants dated February 20, 2006 (doc. 78) is granted in part and denied in part.  Defendants/Third-Party Plaintiffs will be allowed a two (2) week extension of time to **March 6, 2006**.

IT IS FURTHER **ORDERED** that Responses to Defendants/Third-Party Plaintiffs' Motion to Consolidate with Case Number 06-cv-00228-REB-BNB (doc. 70) and Defendants/Third-Party Plaintiff's Motion to Amend the Third-Party Complaint, to Add Third-Party Defendant Kerry Karnan, and to Amend the Caption (doc. 76) are due by **March 10, 2006**, and Replies are due by **March 20, 2006**.

A hearing on Defendants/Third-Party Plaintiffs' Motion to Consolidate with Case Number 06-cv-00228-REB-BNB (doc. 70) and Defendants/Third-Party Plaintiff's Motion to Amend the Third-Party Complaint, to Add Third-Party Defendant Kerry Karnan, and to Amend the Caption (doc. 76) is set for **March 29, 2006 at 10:30 a.m.**

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 22, 2006