IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendants/Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
KERRY KARNAN and
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation,

    Third-Party Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion for Protective Order [filed April 28, 2006; Doc. No. 134] is **GRANTED.**  Kelly S. Hubbell's deposition is to be taken before the discovery deadline of June 15, 2006.

    IT IS **FURTHER ORDERED** that Defendants/Third-Party Plaintiffs Motion for an Additional Three (3) Day Extension of Time to Respond to Third Party Defendants Carney Brothers Construction, Inc., Ian Carney, and Richard Carney's First Set of Written Discovery Requests to the Hubbell Defendants [filed April 28, 2006; Doc. No. 137] is **GRANTED** as follows:

Defendant/Third-Party Plaintiffs have until on or before **May 1, 2006** to respond to Carneys' First Set of Written Discovery Requests to the Hubbell Defendants.

Dated: May 2, 2006