IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendants/Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
KERRY KARNAN and
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation,

    Third-Party Defendant(s).

_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    Upon careful review of the Motion to Withdraw the Motion to Strike, the Motion to Strike, responsive pleadings thereto, and the motion to continue the motions hearing, IT IS HEREBY

    ORDERED that third party defendant TeamCorp's Motion to Withdraw third party defendant TeamCorp's Motion to Strike Rebuttal Expert Disclosure of John D. Davis by Defendants and Third-Party Plaintiffs Platt T. Hubbell and Kelley S. Hubbell, Doc. # 177,

is GRANTED. It is further

ORDERED that third party defendant TeamCorp's Motion to Strike Rebuttal Expert Disclosure of John D. Davis by Defendants and Third-Party Plaintiffs Platt T. Hubbell and Kelley S. Hubbell, Doc. # 145, filed May 9, 2006, is DENIED as mooted by the motion to withdraw, which references the production of further Rule 26(a)(2)(B) information satisfactory to TeamCorp's counsel. It is further

ORDERED that the Unopposed Motion to Continue Hearing on Motion to Quash Subpoena Duces Tecum Served Upon the Colorado Division of Banking and Commissioner of Banking, filed June 19, 2006, Doc. # 178, is DENIED. It is further

ORDERED that the motions hearing set for June 29, 2006 at 3:00 p.m. shall proceed as set on the remaining referred pending motion, the Motion to Quash Subpoena Duces Tecum Served Upon the Colorado Division of Banking and Commissioner of Banking, Doc. # 169. It is further

ORDERED that only counsel with an interest in the above motion to quash need appear for the motions hearing. Out of town counsel may appear by telephone by telephoning the court at 303-844-4892. If more than one attorney plans to participate by telephone, he/she shall coordinate a conference call and include the court for June 29, 2006 at 3:00 p.m. All non-interested counsel are EXCUSED from the hearing.

Dated this 23rd day of June.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge