IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendants/Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
KERRY KARNAN and
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation,

    Third-Party Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion to Withdraw Motion to Continue Hearing on Motion to Quash Subpoena Duces Tecum Served Upon the Colorado Division of Banking and Commissioner of Banking dated June 23, 2006 (doc. 184) is denied as mooted by the Order dated June 23, 2006 (doc. 185).

Dated:  June 26, 2006