IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00026-EWN-PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendants/Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
KERRY KARNAN and
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation,

    Third-Party Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for 2 Hour Extension of Time to File Response to T.J. Concrete Construction, Inc.'s Motion to Strike the Hubbells' 5th and 7th Supplemental Disclosures [filed July 19, 2006; Doc. No. 213] is **GRANTED** as follows:

    Hubbells' Response to T.J. Concrete Construction, Inc.'s Motion to Strike is filed as timely.

    IT IS **FURTHER ORDERED** that Third Party Defendant Carney Brothers Construction, Inc., Ian Carney and Richard Carney's Motion to Attend August 30 Hearing Telephonically [filed July 19, 2006; Doc. No. 214] is **GRANTED** as follows:

IT IS **FURTHER ORDERED** that Counsel for Third Party Defendants Carney Brothers Construction, Inc., Ian Carney and Richard Carney; and counsel for Third Party Defendant Thane R. Linciocome shall initiate a conference call to the Court at: 303-844-4892 on **August 30, 2006 at 2:15 p.m.** so that counsel may participate in the meet and confer in the judge's conference room.

IT IS **FURTHER ORDERED** that Counsel for Third Party Defendants Carney Brothers Construction, Inc., Ian Carney and Richard Carney and Counsel for Third Party Defendants Thane R. Lincicome shall initiate a conference call to the Court at: 303-844-4892 on **August 30, 2006 at 3:00 p.m.** In order to participate telephonically in the motions hearing.

Dated:  July 24, 2006