IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00026–EWN–PAC

ALPINE BANK, a Colorado banking corporation,

    Plaintiff,

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN,
as Public Trustee of Garfield County, Colorado,

    Defendants and Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION,
a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC. d/b/a
DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME, and
T.J. CONCRETE CONSTRUCTION, INC.,
a Colorado corporation,

    Third-Party Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Ty Anderson, Courtroom Deputy Clerk

Minute Order
Civil Action No. 05-cv-00026-EWN-PAC
Page 2

The "Lincicome's Motion to Dismiss and/or for Partial Summary Judgment Regarding Amended Third-Party Complaint" (#112) filed April 11, 2006, is DENIED as moot.

Dated: August 11, 2006