**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan**

| | |
|---|---|
| **Civil Action No.:   05-cv-00026-EWN-PAC** | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date: January  10,  2007** | Courtroom Deputy,  Ellen E. Miller |

ALPINE   BANK,  
a Colorado banking corporation,  
    **Plaintiff / Counter Defendant,**  
v.

James Miletich

PLATT  T.  HUBBELL,  
KELLY  S.  HUBBELL, and  
    **Defendant(s)/ Counter Claimant(s),**

Aaron C.  Foy

GEORGIA CHAMBERLAIN,  
as Public Trustee of Garfield County, Colorado,  
    **Defendant**,

v.

CARNEY BROTHERS CONSTRUCTION,  
a Colorado corporation,  
IAN CARNEY,  
RICHARD CARNEY,  
    **Third Party Defendant(s)/Counter Claimant(s)**

Robert S.  Hoover (by telephone)

TEAMCORP, INC., d/b/a DRAFT TEK,  
a Colorado corporation,  
THANE R. LINCICOME,

Mark E. Honhart

David H.  McConaughy (by telephone)

T.J. CONCRETE CONSTRUCTION, INC.,  
a Colorado corporation, and  
KERRY M. KARNAN,  
    **Third Party Defendant(s).**

COLORADO DIVISION OF BANKING,  
    **Interested Party**

RICHARD FULKERSON,  
    **Interested Party**

**COURTROOM   MINUTES  /  MINUTE  ORDER**

**HEARING:   MOTIONS  HEARING**
**Court in Session:**     10:00 a.m.
Court calls case.    Appearance of counsel.

Arguments by Mr. Honhart regarding Teamcorp motion.
Statements by Mr. McConaughy regarding Lincicome motion.
Response by Mr. Foy.

Findings and rulings by the Court.

**It is ORDERED:**   Third Party Defendant Thane R. Lincicome's   MOTION FOR ATTORNEYS' FEES (Docket No. **252,** Filed September 21, 2006)  is   **GRANTED**   for the  reasons set forth on the record.
Third Party Defendant/Counter Claimant Thane R. Lincicome is awarded   Five hundred Dollars   ($500.00).

**It is ORDERED:**   Teamcorp's   MOTION   FOR   AWARD  OF   ATTORNEYS   FEES   PURSUANT TO   SEPTEMBER 1, 2006, COURT ORDER (Docket No. **254,** Filed September 21, 2006) is **GRANTED**  for the  reasons set forth on the record.
Third Party Defendant/Counter Claimant Teamcorp   is   awarded   One thousand forty-two dollars and fifty cents ($1042.50).

HEARING CONCLUDES.

**Court in recess:**    10:39   a.m.
Total In-Court Time:     00:39