IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–00026–EWN–KLM

ALPINE BANK, a Colorado banking corporation,

 Plaintiff,

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN,
as Public Trustee of Garfield County, Colorado,

 Defendants and Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION,
a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC. d/b/a
DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
T.J. CONCRETE CONSTRUCTION, INC.,
a Colorado corporation, and
KERRY M. KARNAN

 Third-Party Defendants.

**ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE**

This matter is set for a one day trial to the court commencing on March 24, 2008, it is now **ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 9:30 o'clock a. m. on March 6, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, [www.cod.uscourts.gov](www.cod.uscourts.gov).

Dated this 21st day of February, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge