IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–00026–EWN–KLM

ALPINE BANK, a Colorado banking corporation,

    Plaintiff,

v.

PLATT T. HUBBELL,
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN,
as Public Trustee of Garfield County, Colorado,

    Defendants and Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION,
a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC. d/b/a
DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
T.J. CONCRETE CONSTRUCTION, INC.,
a Colorado corporation, and
KERRY M. KARNAN

    Third-Party Defendants.

**SECOND ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE**

This matter is set for a one day trial to the court commencing on May 19, 2008, it is now **ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 10:30 o'clock a. m. on May 9, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, [www.cod.uscourts.gov](www.cod.uscourts.gov).

Dated this 3rd day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge