IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                          Date: May 19, 2008
Therese Lindblom, Court Reporter

Civil Action No. 05–cv–00026–EWN–KLM

*Parties:*                                          *Counsel:*

ALPINE BANK, a Colorado banking                     John Palmeri and Walter Houghtaling
corporation,

      Plaintiff,

v.

PLATT T. HUBBELL,                                   Daniel Fowler
KELLEY S. HUBBELL, and
GEORGIA CHAMBERLAIN,
as Public Trustee of Garfield County,
Colorado,

      Defendants and Third-Party
      Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION,
a Colorado Corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC. d/b/a
DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
T.J. CONCRETE CONSTRUCTION, INC.,
a Colorado corporation,

      Third-Party Defendants.

---

# COURTROOM MINUTES

---

**Trial to Court - Day One**

**9:05 a.m.**　　　Court in session.

Court calls case and appearances.

Mr. Fowler states that parties have stipulated to several exhibits and asks that they be admitted.

*Exhibits Received: 7, 8, 9, 11, 12, 13, 14, 15, 16, A-1, A-5, A-7, A-8*

**9:11 a.m.**　　　Defendants' witness, Vera Kalba, called and sworn.

Direct examination by Mr. Fowler.

*Exhibit Identified: A-6*

*Exhibit Received: A-6*

**9:19 a.m.**　　　Cross examination by Mr. Palmeri.

**9:24 a.m.**　　　Witness excused.

**9:25 a.m.**　　　Defendants' witness, Kelley S. Hogan, called and sworn.

Direct examination by Mr. Fowler.

**9:35 a.m.**　　　Cross examination by Mr. Palmeri.

*Exhibit Identified: 22*

*Exhibit Rejected: 22*

**9:57 a.m.**　　　Re-direct examination by Mr. Fowler.

**9:58 a.m.**        Witness excused.

**9:58 a.m.**        Defendants' witness, Platt T. Hubbell, called and sworn.

Direct examination by Mr. Fowler.

**10:12 a.m.**        Cross examination by Mr. Palmeri.

*Exhibits Identified: 5, 6*

*Exhibits Received: 5, 6*

**10:29 a.m.**        Re-direct examination by Mr. Fowler.

**10:36 a.m.**        Witness excused.

**10:36 a.m.**        Court in recess.

**10:57 a.m.**        Court in session.

**10:58 a.m.**        Defendant's witness, Elizabeth Cox, called and sworn.

Direct examination by Mr. Fowler.

*Exhibits Identified: A-2, A-3*

*Exhibits Rejected: A-2, A-3*

**11:24 a.m.**        Cross examination by Mr. Palmeri.

**11:29 a.m.**        Witness excused, subject to recall.

**11:29 a.m.**        Defense rests.

**11:30 a.m.**        Plaintiff states he has nothing further.

Court requests excerpts of depositions to be read into the record.

Mr. Houghtaling comes to witness stand and reads aloud excerpts of deposition transcripts, portions of Exhibits 13 and 16.

Colloquy between court and Mr. Fowler.

**11:45 a.m.**       Court in recess.

**1:35 p.m.**       Court in session.

Argument by Mr. Fowler.

**1:45 p.m.**       Argument by Mr. Palmeri.

**1:55 p.m.**       Court's findings.

**ORDERED:  1.       The Defendants/Third-Party Plaintiffs' Motion to Stay Execution of Judgment Pursuant to Fed. R. Civ. Proc. Rule 62 (#350, filed November 19, 2007) is GRANTED with the conditions that the underlying real estate and the improvements on the real estate valued at $885,000, will be accepted as part of the security on the appeal; and that the appellants will be required to post a supersedeas bond in the amount of $100,000 within ten days.**

**ORDERED:  2.       The Defendants/Third-Party Plaintiffs Platt T. Hubbell and Kelley S. Hubbell's Motion to Stay Execution of Judgment for Attorneys Fees Pursuant to Fed. R. Civ. P. 62 (#356, filed December 6, 2007) is GRANTED with the conditions above.**

**2:07 p.m.**       Court in recess.

Trial concluded.

Total time in court:  02:55