IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00026-EWN-KLM

ALPINE BANK, a Colorado banking corporation,

    Plaintiff(s),

v.

PLATT T. HUBBELL, KELLY S. HUBBELL, and GEORGIA CHAMBERLAIN, as PUBLIC Trustee of Garfield County,

    Defendants/Third Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation, IAN CARNEY, RICHARD CARNEY, TEAMCORP, INC. d/b/a DRAFT TEK, a Colorado corporation, THANE R. LINCICOME, T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation,

    Third Party Defendants.

## ORDER APPROVING THE COLORADO DIVISION OF BANKING AND THE COLORADO COMMISSIONER OF BANKING MOTION TO WITHDRAW AS PARTIES IN INTEREST

The Court has reviewed the Colorado Division of Banking and Banking Commissioner Richard Fulkerson's Motion to Withdraw as Parties in Interest. Good cause having been shown for the Division's and the Commissioner's Motion to Withdraw as Parties in Interest, it is:

**ORDERED** that the Colorado Division of Banking and Colorado Commissioner of Banking Motion to Withdraw as Parties in Interest in case no. 05-cv-00026 is GRANTED.

**ORDERED** that no further notices, pleadings and other documents in this matter shall mailed or electronically served upon Stephen G. Smith as counsel of record for Colorado Division of Banking and the Colorado Commissioner of Banking.

Dated: May 21, 2008

                                            s/ Edward W. Nottingham
                                            Chief United States District Judge