## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 05-cv-00026-CMA-KLM

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

    Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC. d/b/a DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
KERRY M. KARNAN,

    Third-Party Defendants.

## ORDER

    This matter is before the Court on Third-Party Plaintiffs, Platt T. Hubbell and Kelley S. Hubbell's ("Plaintiffs") Unopposed Motion to Reopen Case (Doc. # 447).

    This matter was inadvertently deemed "Closed" despite the existence of third-party claims that have yet to be adjudicated.  Thus, the Court agrees with Plaintiffs that this matter should be re-opened and set for a scheduling/status conference and trial.

    Accordingly,

    The Motion to Reopen (Doc. # 447) is GRANTED.

    IT IS FURTHER ORDERED that this matter shall be set for a scheduling/status conference before the Magistrate Judge to address (1) the scope of any additional

discovery and/or disclosures; and (2) to devise an updated case schedule, including dates for revised discovery deadlines and any future hearing or conference.  The Court also directs the parties to review this Court's Civil Practice Standards regarding a trial date in this matter.

DATED:  June 3, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge