IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00026-CMA-KLM

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

     Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation,
IAN CANREY,
RICHARD CARNEY,
TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
THANE R. LINICOME,
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
KERRY M. KARNAN,

     Third-Party Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Third-Party Plaintiffs' Unopposed Motion to Reschedule Scheduling/Status Conference** [Docket No. 451; Filed June 12, 2009] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling/Status Conference set for June 19, 2009 at 9:30 a.m. is **vacated** and **reset** to **July 24, 2009 at 11:30 a.m.**

Dated:  June 15, 2009