IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00026-CMA-KLM

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

    Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
KERRY M. KARNAN,

    Third-Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Amend the Scheduling Order Regarding Third-Party Claims** [Docket No. 466; Filed October 21, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.** The expert disclosure deadline is extended to November 23, 2009, and the rebuttal expert disclosures deadline is extended to December 23, 2009. Third-Party Plaintiffs may retain five experts and Third-Party Defendants may retain four experts.

Dated: October 23, 2009