IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00026-CMA-KLM

PLATT T. HUBBELL, and
KELLEY S. HOGAN,

    Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
KERRY M. KARNAN,

    Third-Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Third-Party Plaintiffs' Unopposed Motion for Leave to File a Combined Reply and Response** [Docket No. 515; Filed April 2, 2010) (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Third-Party Plaintiffs shall file a combined reply in support of their Motion to Strike and response to Defendants Teamcorp and Karnan's Motion for Leave to File Non-Party Designations Out of Time on or before **April 12, 2010**.

Dated: April 5, 2010