IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 05-cv-00026-CMA-KLM

ALPINE BANK, a Colorado banking corporation

    Plaintiff,

v.

PLATT T. HUBBELL,
KELLEY S. HOGAN (f/k/a Hubbell), and
GEORGIA CHAMBERLAIN, as Public Trustee of Garfield County, Colorado,

    Defendants/Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC. d/b/a DRAFT TEK, a Colorado corporation,
THANE R. LINCICOME,
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
KERRY M. KARNAN,

    Third-Party Defendants.

---

**ORDER ACKNOWLEDGING FULL SATISFACTION OF
JUDGMENTS AGAINST HUBBELL/HOGAN**

---

The Court, having considered the Stipulated Motion for Relief Under Rule 60(b)(5) Due to Satisfaction of Bank Judgments (Doc. # 549), submitted by Plaintiff Alpine Bank ("the Bank"), and Defendants/Third-Party Plaintiffs Platt T. Hubbell and Kelley S. Hogan ("Hubbell/Hogan"), hereby GRANTS the Motion. It is ORDERED that:

1. All judgments, costs, attorney fees, and any other amounts sought by or awarded to the Bank against Hubbell/Hogan (collectively or individually) in this litigation, whether or not reduced to final order or judgment, are deemed to be satisfied finally and in full;[1]

2. The Bank shall cease any and all efforts at collection against Hubbell/Hogan and file or record this Order Acknowledging Full Satisfaction of Judgments Against Hubbell/Hogan in every jurisdiction and venue in which it previously filed documentation or other proceedings in its collection efforts against Hubbell/Hogan.

DATED: June __30__, 2010

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The parties indicate that the following motions are still pending: Plaintiff's Motion for Attorney Fees (Doc. # 446) and Defendants' Motion to Reduce Amount of Judgments Outstanding Pursuant to Foreclosure Sale to Bank (Doc. # 465). However, on March 24, 2010, the Court issued an Order that granted in part and denied in part both motions (Doc. # 509). In any event, pursuant to the instant Order, the Court's March 24, 2010 Order shall also be deemed satisfied.