IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00026-CMA-KLM

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

    Third-Party Plaintiffs,

v.

TEAMCORP, INC., d/b/a DRAFT TEK, a Colorado corporation,
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
KERRY M. KARNAN,

    Third-Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Defendants **Teamcorp and Kerry Karnans' Motion to Compel Disclosure** [Docket No. 556; Filed August 9, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. The Court has previously ordered that "[c]ounsel shall call the Court by joint conference call to schedule hearings regarding unresolved discovery disputes prior to filing Motions to Compel and/or Motions for Protective Order." [Docket No. 463].

    IT IS FURTHER **ORDERED** that counsel shall meet and confer to determine whether this matter can be resolved without Court intervention. If the conferral is unsuccessful, counsel shall call the Court on a single line at (303) 335-2770 to set a hearing on the discovery issue. Counsel for the parties to the discovery dispute must <u>both</u> be on the telephone at the same time before the Court will schedule a hearing.

Dated: August 10, 2010