**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 05-cv-00026-CMA-KLM

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

    Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC. d/b/a DRAFT TEK, a Colorado corporation,
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
KERRY M. KARNAN,

    Third-Party Defendants.

---

**ORDER TO DISMISS PARTY DEFENDANTS
TEAMCORP, INC. AND KERRY KARNAN**

---

    The Motion to Dismiss Teamcorp, Inc. and Kerry Karnan (Doc. # 626) is GRANTED. It is hereby

    ORDERED that Defendants Teamcorp, Inc. d/b/a Draft Tek and Kerry M. Karnan are DISMISSED WITH PREJUDICE in the above-captioned matter, each party to pay his or its orn costs and attorney's fees.

    DATED: March __29__, 2011

                                            BY THE COURT:

                                            *(signature)*

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge