**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 05-cv-00026-CMA-KLM

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

    Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado corporation,
IAN CARNEY,
RICHARD CARNEY,
TEAMCORP, INC. d/b/a DRAFT TEK, a Colorado corporation,
T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and
KERRY M. KARNAN,

    Third-Party Defendants.

---

**ORDER TO DISMISS PARTY DEFENDANT
PUBLIC TRUSTEE OF GARFIELD COUNTY, COLORADO**

---

    The Motion to Dismiss Public Trustee of Garfield County, Colorado (Doc. # 619) is GRANTED. It is hereby

    ORDERED that Defendant Georgia Chamberlain, Public Trustee of Garfield County, Colorado, is dismissed as a party in the above-captioned matter. It is

    FURTHER ORDERED that no further notices, pleadings and/or other documents in this matter shall be mailed or electronically served upon the Public Trustee of Garfield County, Colorado.

    DATED: March __29__, 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge