**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 05-cv-00026-CMA-KLM

PLATT T. HUBBELL, and
KELLEY S. HUBBELL,

    Third-Party Plaintiffs,

v.

CARNEY BROTHERS CONSTRUCTION, a Colorado Corporation, IAN CARNEY, RICHARD CARNEY, TEAMCORP, INC d/b/a DRAFT TEK, a Colorado corporation, T.J. CONCRETE CONSTRUCTION, INC., a Colorado corporation, and KERRY M. KARNAN,

    Third-Party Defendants

---

**ORDER RE: STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST T.J. CONCRETE CONSTRUCTION, INC., WITH PREJUDICE**

---

THE COURT, upon review of Third-Party Plaintiffs, Plat T. Hubbell and Kelley S. Hubbells' and Defendant, T.J. Concrete Construction, Inc.'s Stipulation to Dismiss Plaintiffs' Claims Against T.J. Concrete Construction, Inc., With Prejudice, hereby GRANTS THE SAME and Orders that All claims asserted by Platt T. Hubbell and Kelly S. Hubbell (now Kelly S. Hogan) against T.J. Concrete Construction, Inc., in this action No. 05-cv-00026-CMA-KLM are dismissed with prejudice.  Each party is to pay its own costs and attorney's fees.

DATED:  4/30 , 2011.

_____
U. S. District Court Judge